IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

MICHAEL BARRY MEADE,

    Plaintiff,

v.

SHERIFF TYSON STEVENS; OFFICER SHAW; OFFICER FAYE; OFFICER BRENDA; OFFICER CHRIS; OFFICER JAMES; OFFICER JONES; OFFICER KEITH; and OFFICER JESSIE,

    Defendants.

CIVIL ACTION NO.: 6:16-cv-33

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 12), to which no Objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

The Court **DENIES** Plaintiff's Motion to Amend Complaint, (doc. 11), **DISMISSES** Plaintiff's Complaint, and **DENIES** Plaintiff leave to proceed *in forma pauperis* on appeal. The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment of Dismissal.

**SO ORDERED**, this 12th day of September, 2016.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA