# United States District Court
## Southern District of Georgia

MICHAEL BARRY MEADE,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV616-033

SHERIFF TYSON STEVENS; OFFICER SHAW;
OFFICER FAYE; OFFICER BRENDA; OFFICER CHRIS;
OFFICER JAMES; OFFICER JONES; OFFICER KEITH;
and OFFICER JESSIE,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered on September 12, 2016, the Report and Recommendation of the Magistrate Judge is ADOPTED as the opinion of this Court. Therefore, the Plaintiff's complaint is DISMISSED, and this civil action stands CLOSED.



September 12, 2016
Date

Scott L. Poff
Clerk

(By) Deputy Clerk